**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

---

PIERCE MANUFACTURING INC.,

        Plaintiff,

vs.

REV GROUP, INC. AND E-ONE, INC.,

        Defendants.

Case No.  18-cv-284

JURY TRIAL DEMANDED

---

**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

---

Plaintiff Pierce Manufacturing Inc. moves this Court to enter a preliminary injunction precluding Defendants REV Group, Inc. and E-ONE, Inc. from making, using, selling, and offering to sell fire apparatuses that infringe Pierce's U.S. Patent Nos. 9,597,536 and 9,814,915. A memorandum of law in support of this motion is filed herewith, as well as the Declarations of Scott J. Pivnick, Lisa Barwick, Michael Dufrane, Jeff Trelka, Dr. Thomas Kurfess, and Andrew Carter.

Respectfully submitted this 23rd day of February, 2018.

                                            */s/ Sherry D. Coley*
                                            Sherry D. Coley
                                            State Bar No.: 1038243
                                            T. Wickham Schmidt
                                            State Bar No.: 1062002
                                            DAVIS & KUELTHAU, s.c.
                                            318 S. Washington Street, Suite 300
                                            Green Bay, WI 54301
                                            Phone:  920-435-9378
                                            Fax:     920-435-9391
                                            scoley@dkattorneys.com
                                            wschmidt@dkattorneys.com

Todd B. Benoff (admission pending)
Todd.Benoff@alston.com
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Phone: 213-576-1000
Fax:    213-576-1100

Scott J. Pivnick
Scott.Pivnick@alston.com
ALSTON & BIRD LLP
The Atlantic Building
950 F Street NW
Washington, DC 20004-1404
Phone: 202-239-3300
Fax:    202-239-3333

Joshua M. Weeks (admission pending)
Joshua.Weeks@alston.com
Lindsay C. Church (admission pending)
Lindsay.Church@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street, Suite 4200
Atlanta, GA 30309-3424
Phone: 404-881-7000
Fax:    404-881-7777

*Attorneys for Plaintiff Pierce Manufacturing Inc.*