**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

---

PIERCE MANUFACTURING INC.,

        Plaintiff,

vs.

REV GROUP, INC. AND E-ONE, INC.,

        Defendants.

Case No. _____

JURY TRIAL DEMANDED

---

**DECLARATION OF SCOTT J. PIVNICK IN SUPPORT OF PLAINTIFF'S MOTION
FOR A PRELIMINARY INJUNCTION**

---

I, Scott Pivnick, declare as follows:

1. I am an attorney for Plaintiff Pierce Manufacturing Inc. ("Pierce"). I am a partner at Alston & Bird LLP, and licensed to practice in Virginia, Maryland, and the District of Columbia.

2. I make this declaration based on my personal knowledge and, if called to testify as to the truth of the matters declared herein, I could and would testify competently.

3. Attached as Exhibit 1 is a true and correct copy of the "About Us" page from Pierce's website (*see* http://www.piercemfg.com/pierce/about-us).

4. Attached as Exhibit 2 is a true and correct copy of an Agenda Item Cover Letter from the City of Guthrie, Oklahoma, dated December 6, 2016 (*see* https://www.cityofguthrie.com/ArchiveCenter/ViewFile/Item/2197).

5. Attached as Exhibit 3 is a true and correct copy of the "Ascendant Class of Aerials – Frequently Asked Questions" page from Pierce's website (*see* http://www.piercemfg.com/products/products-overview/ascendant-class-of-aerials#FAQs).

6. Attached as Exhibit 4 is a true and correct copy of the "Ascendant Class of Aerials" page from Pierce's website (*see* http://www.piercemfg.com/products/products-overview/ascendant-class-of-aerials).

7. Attached as Exhibit 5 is a true and correct copy of a City Commission Agenda Memo from the City of Manhattan, Kansas, dated December 21, 2015 (*see* https://cityofmhk.com/DocumentCenter/View/36167).

8. Attached as Exhibit 6 is a true and correct copy of a City Council Work Session from the City of Belton, Missouri, dated December 1, 2015 (*see* http://www.belton.org/Archive/ViewFile/Item/1239).

9. Attached as Exhibit 7 is a true and correct copy of a Report to the Redding City Council from the City of Redding, California, dated July 19, 2016 (*see* http://reddingcityca.iqm2.com/Citizens/FileOpen.aspx?Type=30&ID=6790&MeetingID=1337).

10. Attached as Exhibit 8 is a true and correct copy of the "Fire Apparatus – Amazing Vehicles That Do Amazing Jobs" page from MySafe: California's website (*see* http://www.mysafecalifornia.org/fire-apparatus/).

11. Attached as Exhibit 9 is a true and correct copy of a report entitled "Fire Truck Manufacturing – US: Market Research Report," published by IBISWorld in November 2017 (*see* https://www.ibisworld.com/industry-trends/specialized-market-research-reports/industrial-machinery-gas-chemicals/specialized-vehicle-manufacturing/fire-truck-manufacturing.html).

12. Attached as Exhibit 10 is a true and correct copy of the "General Purpose and Emergency Vehicles" page from HGACBuy's website (*see* http://www.hgacbuy.org/products/general/fire-fs12-17.aspx#20).

13. Attached as Exhibit 11 is a true and correct copy of the homepage from HGACBuy's website (*see* http://www.hgacbuy.org/home/).

14. Attached as Exhibit 12 is a true and correct copy of an Investor Presentation published by REV Group, Inc. ("REV Group") in November 2017 (*see* http://investors.revgroup.com/~/media/Files/R/Rev-IR/reports-and-presentations/rev-nov-2017-investor-presentation.pdf).

15. Attached as Exhibit 13 is a true and correct copy of an article entitled "Louisburg (KS) Fire Department Adds 107-Foot Ascendant Aerial Quint to Fleet," published by Fire Apparatus and Emergency Equipment Magazine on April 15, 2016 (*see* http://www.fireapparatusmagazine.com/articles/print/volume-21/issue-4/departments/special-delivery/louisburg-ks-fire-department-adds-107-foot-ascendant-aerial-quint-to-fleet.html).

16. Attached as Exhibit 14 is a true and correct copy of an article entitled "New Pierce Ascendant Aerial Ladder Delivers 107-Foot Vertical Reach on a Single Rear Axle Configuration," published by Fire Engineering Magazine on April 23, 2015 (*see* http://www.fireengineering.com/articles/2015/04/pierce-ascendant-at-fdic-intl-2015.html).

17. Attached as Exhibit 15 is a true and correct copy of a Memorandum from the Southern Manatee Fire and Rescue District, dated September 14, 2016 (*see* http://www.smfr.com/wp-content/uploads/2015/09/Res.-2016-11-Res.-2016-12-Ladder-Truck-Purchase.pdf).

18. Attached as Exhibit 16 is a true and correct copy of an article entitled "Pierce Ascendant Class of Aerials Are Introduced at Fire Department Instructors Conference," published by FDIC International on April 27, 2017 (*see* http://www.fdic.com/articles/2017/04/pierce-ascendant-class.html).

19. Attached as Exhibit 17 is a true and correct copy of a news release entitled "REV Group Fire Division E-ONE Provides a Preview of the First Metro 100 Quint for Sarasota County," issued by REV Group on April 25, 2017 (*see* http://investors.revgroup.com/investor-releases/2017/04-25-2017-170151474).

20. Attached as Exhibit 18 is a true and correct copy of a news release entitled "REV Group Fire Division E-ONE Unveils New HR 100 Aerial Ladder," issued by E-ONE, Inc. ("E-ONE") on October 20, 2017 (*see* http://www.e-one.com/rev-group-fire-division-e-one-unveils-new-hr-100-aerial-ladder/).

21. Attached as Exhibit 19 is a true and correct copy of an article entitled "S.C. County to Standardize Fire Fleet with 9 Apparatus Orders," published by Government Fleet on August 9, 2016 (*see* https://www.government-fleet.com/channel/procurement/news/story/2016/08/s-c-county-to-standardize-fire-fleet-with-9-apparatus-orders.aspx).

22. Attached as Exhibit 20 is a true and correct copy of an article entitled "The Ascendant," published by Firefighter Nation Magazine on June 1, 2015 (*see* http://www.firefighternation.com/articles/2015/06/the-ascendant.html).

23. Attached as Exhibit 21 is a true and correct copy of the "Metro 100 Quint" page from E-ONE's website (*see* https://e-one-aerials.com/metro-100-quint-micro.html).

24. Attached as Exhibit 22 is a true and correct copy of the "Timeline" page from Pierce's website (*see* http://www.piercemfg.com/Pierce/history/timeline).

25. Attached as Exhibit 23 is a true and correct copy of a Truck Spec Committee Report from the East Manatee Fire Rescue, dated May 1, 2017 (*see* https://www.emfr.org/wp-content/uploads/2016/09/7-17-17-Agenda.pdf).

26. Attached as Exhibit 24 is a true and correct copy of a Village Board Agenda Memo from the City of La Grange Park, Illinois, dated January 24, 2017 (*see* http://www.lagrangepark.org/vertical/sites/%7B84B8C7A6-E0D4-419A-B9AB-402A81379BFC%7D/uploads/Part_1_Consent_1-24-17_website.pdf).

27. Attached as Exhibit 25 is a true and correct copy of excerpts from the 2016 Edition of National Fire Protection Association ("NFPA") 1901.

28. Attached as Exhibit 26 is a true and correct copy of an article entitled "Aerial Manufacturers Focus on Improving the 100-Footers," published by Alan M. Petrillo in the Fire Apparatus and Emergency Equipment Magazine on April 15, 2015 (*see* http://www.fireapparatusmagazine.com/articles/print/volume-20/issue-4/features/aerial-manufacturers-focus-on-improving-the-100-footers.html).

29. Attached as Exhibit 27 is a true and correct copy of an article entitled "Lebanon (IN) Fire Department Turns to E-ONE to Fill Hole in Apparatus Fleet," published by Alan M. Petrillo in the Rig on August 18, 2017 (*see* http://www.rigspot.com/articles/2017/08/lebanon-in-fire-department-turns-to-E-ONE-to-fill-hole-in-apparatus-fleet/).

30. Attached as Exhibit 28 is a true and correct copy of an article entitled "Apparatus Purchasing: Factory Direct," published by Bill Adams in Fire Apparatus and Emergency Equipment Magazine on February 5, 2014 (*see*

http://www.fireapparatusmagazine.com/articles/print/volume-19/issue-2/features/apparatus-purchasing-factory-direct.html).

31. Attached as Exhibit 29 is a true and correct copy of an article entitled "Spec Writing to Get What You Want," published by Bob Barraclough in Fire Apparatus and Emergency Equipment Magazine on May 1, 2009 (*see* http://www.fireapparatusmagazine.com/articles/print/volume-14/issue-5/departments/apparatus-ideas/spec-writing-to-get-what-you-want.html).

32. Attached as Exhibit 30 is a true and correct copy of an article entitled "Apparatus Trends in 2012 and Beyond," published by Bob Vaccaro in FireRescue Magazine on June 5, 2012 (*see* http://www.firerescuemagazine.com/articles/print/volume-7/issue-6/apparatus-innovations/apparatus-trends-in-2012-and-beyond.html).

33. Attached as Exhibit 31 is a true and correct copy of an article entitled "Apparatus Upgrades and Changes at FDIC 2015," published by Bob Vaccaro in FireRescue Magazine on August 1, 2015 (*see* http://www.firerescuemagazine.com/articles/print/volume-10/issue-8/speccing-and-buying/apparatus-upgrades-and-changes-at-fdic-2015.html).

34. Attached as Exhibit 32 is a true and correct copy of an article entitled "Enhancing Operations," published by Bob Vaccaro in FireRescue Magazine on July 1, 2016 (*see* http://www.firerescuemagazine.com/articles/print/volume-11/issue-7/vehicle-operation-and-apparatus/enhancing-operations.html).

35. Attached as Exhibit 33 is a true and correct copy of an article entitled "Responsible Fleet Management for Emergency Response Vehicles," published by Christian P. Koop in Fire Apparatus and Emergency Equipment Magazine on June 4, 2013 (*see*

http://www.fireapparatusmagazine.com/articles/print/volume-18/issue-6/departments/apparatus--the-shops/responsible-fleet-management-for-emergency-response-vehicles.html).

36. Attached as Exhibit 34 is a true and correct copy of the FAMA Buyer's Guide TC031 Aerial Apparatus (*see* https://www.fama.org/wp-content/uploads/2016/12/1482863138_5862b2222bf1b.pdf).

37. Attached as Exhibit 35 is a true and correct copy of an article entitled "The State of the Industry," published by Jeff Hupke in Fire Apparatus and Emergency Equipment Magazine on December 5, 2014 (*see* http://www.fireapparatusmagazine.com/articles/print/volume-19/issue-12/departments/fama-forum/the-state-of-the-industry.html).

38. Attached as Exhibit 36 is a true and correct copy of SEC Form 10-K for the Fiscal Year Ending September 30, 2017, for Oshkosh Corporation ("Oshkosh").

39. Attached as Exhibit 37 is a true and correct copy of an article entitled "The Fire Apparatus Market is Coming Back…Just Look at the Data," published by Paul C. Darley in FAMA (*see* https://www.fama.org/forum_articles/the-fire-apparatus-market-is-coming-backjust-look-at-the-data/).

40. Attached as Exhibit 38 is a true and correct copy of SEC Form 10-K for the Fiscal Year Ending October 31, 2017, for REV Group.

41. Attached as Exhibit 39 is a true and correct copy of an article entitled "Quints' Roles Vary Depending on Department," published by Rob Fisher in Fire Apparatus and Emergency Equipment Magazine on June 3, 2015 (*see* http://www.fireapparatusmagazine.com/articles/print/volume-20/issue-6/features/quints-roles-vary-depending-on-department.html).

42. Attached as Exhibit 40 is a true and correct copy of an article entitled "Are American Fire Trucks Too Big?," published by Robert Avsec in Fire Chief Magazine on March 16, 2016 (*see* https://www.firechief.com/2016/03/16/are-american-fire-trucks-too-big/).

43. Attached as Exhibit 41 is a true and correct copy of an article entitled "Tips and Tools for Writing Better Fire Apparatus Purchasing Specifications," published by Robert Avsec in Base Camp Connect on March 3, 2017 (*see* http://blog.basecampconnect.com/english/tips-and-tools-for-writing-better-fire-apparatus-purchasing-specifications).

44. Attached as Exhibit 42 is a true and correct copy of an article entitled "Standardizing Vehicles to Streamline Operations," published by Roselynne Reyes in Government Fleet in March 2017 (*see* http://www.government-fleet.com/channel/procurement/article/story/2017/02/standardizing-vehicles-to-streamline-operations.aspx).

45. Attached as Exhibit 43 is a true and correct copy of U.S. Patent No. 9,597,536.

46. Attached as Exhibit 44 is a true and correct copy of U.S. Patent No. 9,814,915.

47. Attached as Exhibit 45 is a true and correct copy of an article entitled "Speccing Rural Fire Apparatus," published by Wayne L. Eder in FireRescue Magazine on January 17, 2013 (*see* http://www.firerescuemagazine.com/articles/print/volume-8/issue-3/speccing-and-buying/speccing-rural-fire-apparatus.html).

48. Attached as Exhibit 46 is a true and correct copy of an article entitled "Apparatus Purchasing: Back to Basics," published by William C. Peters in Fire Engineering Magazine on September 1, 2012 (*see* http://www.fireengineering.com/articles/print/volume-165/issue-6/apparatus-supplement/apparatus-purchasing-back-to-basics.html).

49. Attached as Exhibit 47 is a true and correct copy of an article entitled "Serious Decisions Are Necessary When Specifying Aerial Apparatus," published by William C. Peters in Fire Engineering Magazine on June 1, 2010 (*see* http://www.fireengineering.com/articles/print/volume-163/issue-6/fdic-2010-apparatus-supplement/serious-decisions-are-necessary-when-specifying-aerial-apparatus.html).

50. Attached as Exhibit 48 is a true and correct copy of "Near-Term Investments Building Long-Term Growth – Investor Day Takeaways and Model Assumptions," published by SunTrust Robinson Humphrey on January 17, 2018 (*see* http://www.piercemfg.com/products/products-overview/ascendant/ascendant-107-heavy-duty-ladder).

51. Attached as Exhibit 49 is a true and correct copy of "REV Group, Inc. (REVG) Analyst Day Takeaways," published by Baird Equity Research on January 17, 2018.

52. Attached as Exhibit 50 is a true and correct copy of the "Ascendant 107' Heavy-Duty Ladder" page from Pierce's website (*see* http://www.piercemfg.com/products/products-overview/ascendant/ascendant-107-heavy-duty-ladder).

53. Attached as Exhibit 51 is a true and correct copy of the "Ascendant 107' Single Axle Heavy-Duty Aerial Ladder" page from a Pierce Brochure, dated April 2017 (*see* https://cdn2.hubspot.net/hubfs/1641088/Literature/Pierce%20Ascendant%20107%20Single%20 Axle%20Heavy-Duty%20Ladder_April2017.pdf?t=1516034807980).

54. Attached as Exhibit 52 is a true and correct copy of a news release entitled "Pierce Ascendant Achieves New Milestone: Sale #107 for the Innovative 107-Foot Aerial Ladder," issued by Pierce on December 15, 2016 (*see* http://www.piercemfg.com/pierce/press-

release/pierce-ascendant-achieves-new-milestone-sale-107-for-the-innovative-107-foot-aerial-ladder).

55. Attached as Exhibit 60 is a true and correct copy of a news release entitled "REV Group Fire Division E-ONE Unveils New HR 100 Aerial Ladder," issued by E-ONE on October 20, 2017 (*see* http://www.e-one.com/rev-group-fire-division-e-one-unveils-new-hr-100-aerial-ladder/).

56. Attached as Exhibit 61 is a true and correct copy of a news release entitled "REV Group Fire Division E-ONE Provides a Preview of the First Metro 100 Quint for Sarasota County," issued by E-ONE (*see* http://www.e-one.com/rev-group-fire-division-e-one-provides-preview-first-metro-100-quint-sarasota-county/).

57. Attached as Exhibit 62 is a true and correct copy of a Facebook post from E-ONE dated May 24, 2017.

58. Attached as Exhibit 63 is a true and correct copy of a Facebook post from E-ONE dated June 2, 2017.

59. Attached as Exhibit 64 is a true and correct copy of a web page entitled "Type 1 Fire Engine," issued by MySafe: California (*see* http://www.mysafecalifornia.org/type-1-fire-engine/).

60. Attached as Exhibit 65 is a true and correct copy of print ads for the Ascendant 107 Single Axle Ladder.

61. Attached as Exhibit 66 is a true and correct copy of the NYSE OSK Financials Income Statement for Oshkosh Corporation.

62. Attached as Exhibit 67 is a true and correct copy of the NYSE OSK Financials Segments for Oshkosh Corporation.

63. Attached as Exhibit 68 is a true and correct copy of the NYSE REV Financials Income Statement for REV Group.

64. Attached as Exhibit 69 is a true and correct copy of the NYSE REV Financials Segments for REV Group.

65. Attached as Exhibit 73 is a true and correct copy of a photograph of the HM100 Ladder Plate.

66. Attached as Exhibit 74 is a true and correct copy of excerpts from the 2016 Edition of National Fire Protection Association ("NFPA") 1901.

67. Attached as Exhibit 77 is a true and correct copy of the Sarasota County product specification for the Metro 100 Quint.

68. Attached as Exhibit 78 is a true and correct copy of Defendants' Metro 100 Quint Marketing Flyer.

69. Attached as Exhibit 79 is a true and correct copy of the 2017-2018 Dana Specifications Guide (*see* http://www.dana.com/~/media/danacom/files/media-asset/aftermarket-files/aftermarket-batch-1/gs8tjtnn7euhdvpokconspec32014.pdf).

70. Attached as Exhibit 80 is a true and correct copy of a brochure for the Ascendant 107 (*see* https://www.siddons-martin.com/wp-content/uploads/Pierce-Ascendant-107-Single-Axle-Heavy-Duty-Ladder_April2017.pdf).

71. Attached as Exhibit 81 is a true and correct copy of the Ascendant 107 Specifications (*see* http://www.piercemfg.com/products/products-overview/ascendant/ascendant-107-heavy-duty-ladder#specifications).

72. Attached as Exhibit 82 is a true and correct copy of the Ascendant 110 Specifications (*see* http://www.piercemfg.com/products/products-overview/ascendant/ascendant-110-heavy-duty-platform).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 22nd day of February, 2018.

*/s/ Scott Pivnick*
Scott Pivnick

*Attorney for Pierce Manufacturing Inc.*
