**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION**

PIERCE MANUFACTURING INC.,

        Plaintiff,

vs.

REV GROUP, INC. AND E-ONE, INC.,

        Defendants.

Case No. _____

JURY TRIAL DEMANDED

**DECLARATION OF LISA BARWICK IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Lisa Barwick, declare as follows:

1. I am over the age of eighteen years and am otherwise competent to testify.

2. I am the Director of Business Development at Pierce Manufacturing Inc. ("Pierce").

3. I make this declaration based on my personal knowledge or have inquired into and been informed of the facts stated herein and, if called to testify to the truth of the matters declared herein, I could and would testify competently.

4. Pierce is a custom fire apparatus manufacturer. Pierce began manufacturing fire apparatus in 1913, building truck bodies on Model T Ford chassis. Today, Pierce builds custom-designed and engineered fire apparatus including pumpers, aerials, tankers, and rescue units.

5. The two most common types of fire apparatus are pumpers and aerials. A pumper is an apparatus designed to combat structural and other fires. To do so, pumpers have a permanently mounted fire pump, a water tank, and hose body. An aerial fire apparatus, on the

other hand, is one with an aerial ladder, elevating platform, or water tower. Aerials are used to allow fire crews to access positions that are otherwise inaccessible via ground ladders (such as the roof of a structure) and may also be used to discharge water from an elevated position above a fire. In many cases, aerials do not have a pump or a tank and departments using such an apparatus are forced to rely on another apparatus, such as a pumper, to supply the aerial with water for fire suppression.

6. Two of the main considerations for purchasers of aerial apparatus are the reach of the aerial ladder and its rated tip load.

7. Reach is typically measured in two ways: vertical and horizontal. In practical terms, vertical reach is how high the aerial device can go, and horizontal reach is how far away from the truck the ladder can extend when parallel to the ground.

8. The desired reach of an aerial apparatus is a function of the area in which it serves. In a metropolitan area with many tall buildings, for example, a long vertical reach (e.g., over 95 feet) is desirable to allow crews to access the upper floors of buildings. An aerial device with a long horizontal reach is also desirable in residential areas, where structures are often set back a significant distance from the road. As shown in the photo below, the 107 foot aerial device allows firefighters to easily access the roof of a two-story home that is set back from the street whereas a shorter aerial device, such as one that is only 75 feet, likely would not.



9.     The rated tip load is how much weight the aerial device can support at its tip when the ladder is fully extended without causing the truck to tip over.  Tip load is important because the higher the rating, the more weight (e.g., firefighters and/or persons in need of rescue) the device can support.  If, for example, rescue operations were conducted on a fully extended ladder with a 500 pound tip load, the ladder would only support one firefighter and the person being rescued.  If the ladder could support a 750 pound tip load, however, two firefighters could work together to rescue the victim, and the ladder would still have capacity to hold the victim as well.

10.     A quint fire apparatus is a hybrid of the pumper and the aerial.  Quints traditionally contain five features: a pump, water tank, fire hose, aerial device, and ground ladders.  A quint can thus fulfill the role of a pumper, as it carries and can pump water to combat

a fire, while also having an aerial device. When purchasing a quint, purchasers look at the water tank and pumping capacity as well as the vertical and horizontal reach and tip load of the ladder.

11. Quints are popular fire apparatuses for smaller fire departments or those who need to accomplish more with less due to budget constraints, as they provide the capabilities of two traditional apparatuses in one. In general, smaller fire departments and those with limited budgets usually operate with less manpower, meaning they often lack the personnel necessary to quickly deliver and operate more than one fire apparatus to the scene of an incident. For example, a volunteer department that typically has only a small number of personnel respond to a given call may lack the manpower to operate both an aerial apparatus as well as a pumper, as both trucks typically require a full crew to operate. A quint apparatus solves this problem as it includes an aerial apparatus, as well as a pump and water tank (among other features), but can be operated with a crew of only four.

12. Quints are not without their drawbacks, however, and manufacturers are often forced to balance the desire for a multi-function apparatus with the increased size and weight that result when large aerial devices and high-capacity water tanks are included in a single vehicle. To accommodate the increased weight and meet stability requirements, many manufacturers must use tandem rear axles. Rosenbauer Aerials, for example, offers its Viper Aerial in a quint configuration with a 109 foot ladder and a tandem rear axle, an example of which is shown below:



(*available at* http://www.rosenbaueramerica.com/download/file/80/brochure).

13. Similarly, KME offers its Aerialcats<sup>TM</sup> aerial apparatus in a quint configuration with ladders ranging in length between 79 feet and 123 feet. As seen in the cart below, which appears on KME's website, however, KME only offers the shortest, 79 foot ladder, on an apparatus with a single rear axle, and requires a tandem rear axle for all others:

| MODEL | VERTICAL REACH | HORIZONTAL REACH | RATED CAPACITY |
| --- | --- | --- | --- |
| 79' Single Axle | 79' | 79' | 500 lbs. |
| 79' Tandem Axle | 79' | 70' | 750 lbs. |
| 103' 4 Section Tandem Axle | 103' | 94' | 500 lbs. |
| 109' 4 Section Tandem Axle | 109' | 100' | 750 lbs. |
| 123' 4 Section Tandem Axle | 123' | 114' | 500 lbs. |

(*available at* http://www.kmefire.com/aerial/ladders).

14. Smeal Fire Apparatus Co. similarly offers a quint configuration apparatus with a 75 foot ladder on a single rear axle (*see* http://www.smeal.com/fire-trucks/75-rear-mount-ladder/), as well as a quint configuration apparatus with a 125 foot ladder on a tandem rear axle (*see* http://www.smeal.com/fire-trucks/125-rear-mount-ladder/).

15. There are many benefits of a single rear axle, including maneuverability, less maintenance, and lower maintenance costs. Specifically, single axle trucks are more maneuverable because they weigh less, are shorter, and also have less tail swing due to the reduced length. Single axle trucks also cost less initially because they have only a single rear axle and, as a result, have lower long-term maintenance costs as well because there are fewer parts subject to mechanical wear and breakage, such as tires, brakes, and rotors.

16. Recognizing the benefits of a quint configuration fire apparatus with a single rear axle, Pierce set out to overcome the shortcomings of other single rear axle apparatus and develop a quint apparatus with a single rear axle and an aerial device as long as or longer than those previously available on a tandem rear axle.

17. Pierce's Ascendant Quint was the first quint configuration fire apparatus to provide a ladder reaching greater than 95 feet vertically and 90 feet horizontally, with a tip load capable of holding three people (i.e., 750 pounds), and a water tank capacity 500 gallons, all on a single axle.

18. Pierce's revolutionary Ascendant 107' and 110' Quint Single Axle apparatus are meaningful and significant portions of Pierce's business, in terms of both unit sales and revenues. Notably, due to its innovative features, Pierce has been able to price the Ascendant Quint Single Axle roughly $[redacted] more on average as compared to other similarly equipped Pierce aerials. In addition to a higher price, Pierce also maintains higher margins on its

Ascendant aerials because it does not offer a discounts ███████████████████████

███████████████████████████████████.

19. Pierce heavily markets the Ascendant's ability to offer an aerial device with a vertical reach of greater than 95 feet and a horizontal reach of greater than 90 feet in a single rear axle quint configuration apparatus, and its dealers rely on these features to distinguish the Ascendant Quint Single Axle from the competition. For example, the advertisement below featuring an Ascendant Quint Single Axle includes the quote "A 107' steel aerial on a single rear axle is impossible," and continues to explain that despite skepticism, the Ascendant Quint Single Axle offers exactly that:



20. Similarly, another Pierce advertisement featuring the Ascendant Quint Single Axle features the phrase "Go where compromise can't reach," and continues to explain that "The

Ascendant 107' Heavy Duty steel ladder redefines the single rear axle market. Firefighters get an unprecedented 107' of vertical and 100' of horizontal reach – uphill or downhill – with no compromise to water capacity, performance, or safety."



21. Since the introduction of the Ascendant line in 2015, Pierce has spent significant time and resources advertising the unique features of the Ascendant Quint Single Axle, including over $300,000 on just the placement of digital and print advertisements such as those shown above.

22. Pierce debuted the Ascendant 107' Single Axle Quint at the 2015 FDIC International trade show in Indianapolis, IN. The FDIC show is attended by all major fire truck manufacturers, either directly or through their dealers, as well as representatives from fire stations all over the country. E-ONE, Inc. and REV Group, Inc. ("REV/E-ONE") attended this

trade show and saw Pierce's Ascendant 107' Single Axle Quint. Pierce subsequently showed the

Ascendant 107' Single Axle Quint at virtually every major trade show after this, including:

- FDIC 2015 – Indiana Convention Center & Lucas Oil Stadium, Indianapolis, IN, April 23-25, 2015
- FRI (Fire-Rescue International) 2015 – Georgia World Congress Center, Atlanta, GA, August 28-29, 2015
- FDIC 2016 - Indiana Convention Center & Lucas Oil Stadium, Indianapolis, IN, April 21-23, 2016
- FRI 2016 – Henry B. Gonzalez Convention Center, San Antonio, TX, August 17-20, 2016
- FDIC 2017 - Indiana Convention Center & Lucas Oil Stadium, Indianapolis, IN, April 27-29, 2017
- FRI 2017 – Charlotte Convention Center, Charlotte, NC, July 27-29, 2017

23. On at least one occasion, employees of REV/E-ONE, including Jim Salmi, E-ONE's Director of Aerial Product Development, walked around and inspected the Ascendant 107' Single Axle Quint. Photographs of Mr. Salmi inspecting the Ascendant Single Axle Quint are provided below:







24. Approximately two years after Pierce's introduction of the Ascendant, REV/E-ONE announced the Metro 100 Quint. In marketing the Metro 100 Quint, REV/E-ONE

highlights the same features as Pierce does when selling its Ascendant Quint Single Axle, including the long reach ladder on a single axle.

25. Pierce's Ascendant Quint Single Axle directly competes with the REV/E-ONE Metro 100 Quint. In fact, Pierce and REV/E-ONE are the only two manufacturers to offer a single-axle quint with an aerial device with a vertical reach of greater than 95 feet and a horizontal reach of greater than 90 feet. REV/E-ONE is currently and has been historically the only competitor in the industry, other than Pierce, to offer such a product.

26. While offering similar features to Pierce's Ascendant Quint Single Axle, REV/E-ONE's Metro 100 Quint is priced significantly lower, up to $███████ or more, less than the Ascendant Quint Single Axle. As a result, Pierce has been forced to discount its Ascendant Quint Single Axle in order to compete against the Metro 100 Quint from REV/E-ONE.

27. Potential alternatives to Pierce's Ascendant Quint or the Metro 100 Quint (e.g., tandem-axle, shorter ladder, lower tip load, multiple apparatus, etc.) would not be acceptable to purchasers of the single axle Ascendant Quint or Metro 100 Quint for multiple reasons. These include, for example, increased costs—both initially and long-term—as well as lesser maneuverability for tandem-axle vehicles, and, in the case of single-axle vehicles, shorter ladders with decreased vertical and horizontal reach.

28. REV/E-ONE's sale of the Metro 100 Quint will also have far-reaching, long-term, negative impacts on Pierce's revenues and profits for the Ascendant Quint Single Axle. This is because customers' purchasing decisions rely heavily on the knowledge, experience, and recommendations of other customers in the industry. Customers are then hesitant to purchase products that have not been proven through significant purchase and use history. Further, a manufacturer's installed base of vehicles can be a competitive advantage in the industry. In fact,

the combined knowledge, experience, and recommendations of previous customers is one of the most effective ways Pierce can market and sell its products.

29. REV/E-ONE's sale of the Metro 100 Quint will deprive Pierce of this important marketing tool. Not only will Pierce lose sales to REV/E-ONE, but Pierce will lose the opportunity to educate customers on the features and benefits of the Ascendant Quint Single Axle. As a result, Pierce may lose customers who were never educated about those features and benefits.

30. Additionally, REV/E-ONE's sale of the Metro 100 Quint will negatively impact Pierce's ability to sell other trucks, parts, and service, which represent a significant revenue opportunity for Pierce and its dealers.

31. Many customers are brand loyal and seek to standardize their equipment across a single brand to generate certain efficiencies. These standardization efficiencies include more efficient maintenance, technician training, parts management, an improved relationship with the manufacturer, and enhanced fire personnel effectiveness due to familiarity with the equipment.

32. Pierce's sale of the Ascendant Quint Single Axle leads customers to purchase additional other apparatus, parts, and service from Pierce in an effort to standardize their fleets and become more efficient. But REV/E-ONE's continued sale of the Metro 100 Quint will cause Pierce to lose sales of other styles of trucks, parts, and service.

33. Further, REV/E-ONE's sale of the Metro 100 Quint will cause permanent pricing damage to Pierce. Pierce, for example, has been forced to offer price discounts to compete with REV/E-ONE's sale of the Metro 100 Quint. This pricing information is available and readily shared throughout the industry, and prior to REV/E-ONE's entry with the Metro 100 Quint, Pierce had greater pricing power. REV/E-ONE's competition will require Pierce to continue to

discount the price of the Ascendant Quint Single Axle. Even if REV/E-ONE is later forced to exit the market, Pierce will experience significant difficulties raising its price to pre-Metro 100 Quint levels without risking customer relationships, losing sales, and damaging Pierce's goodwill in the marketplace.

34. Finally, REV/E-ONE's continued sale of the Metro 100 Quint will have an adverse impact on Pierce's brand, innovation, reputation as an innovator, and ability to market itself as the exclusive provider of this technology. Oshkosh Corporation has licensed the patents-at-issue only to Pierce, and wishes to maintain its monopoly on the technology. Similarly, Pierce believes it is a competitive advantage to market itself as the exclusive provider of a single axle long-reach quint. Pierce also relies on its reputation as an innovator to be successful in the marketplace, and touts that reputation. For example, Pierce's research and development efforts for the Ascendant Quint Single Axle were significant, totaling more than $███████. The revenues from successful innovative products, like the Ascendant Quint Single Axle, are necessary to fund future research and development of new and innovative products.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 19 day of February, 2018.

Lisa Barwick
Director of Business Development
Pierce Manufacturing Inc.