```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

PIERCE MANUFACTURING, INC.,

    Plaintiff,

v.                                  Case No. 8:18-cv-976-T-33AEP

REV GROUP, INC. et al.,

    Defendants.

_____/

## **ORDER OF TRANSFER**

This cause is before the Court pursuant to the parties' Joint Motion for Consolidation and Transfer (Doc. # 79), which was filed on April 24, 2016. In the Motion, the parties jointly move to transfer this action to Judge Moody, who is currently presiding over a previously-filed, related action: *E-One, Inc. and REV Group, Inc. V. Pierce Manufacturing, Inc.,* Case No. 8:18-cv-617-JSM-TGW.

Upon consideration of Local Rule 1.04(b), M.D. Fla., concerning "transfer of related cases before two or more judges" and Local Rule 1.03(d), M.D. Fla., which states, "The judge to whom any case is assigned may, at any time, reassign the case to any other consenting judge for any limited purpose or for all further purposes," this matter is hereby transferred, with his consent, to the Honorable James S. Moody, Jr., United States District Judge.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The parties' Joint Motion to Consolidate and Transfer (Doc. # 79) is **GRANTED** in part as to transfer.

(2) This case is hereby reassigned to the Honorable James S. Moody, Jr., United States District Judge, with his consent, to conduct all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of April, 2018.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE